United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| YLFREDO RAFAEL VILLA-GARCIA § <br> "Petitioner," § <br> § <br> v. § <br> § Civil Action No. 1:26-cv-00115 <br> § <br> FRANCISCO VENEGAS, *et al.,* § <br> "Respondents." § <br> § | |

## ORDER

Before the Court is Petitioner's "Emergency Verified Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 1) ("Petition").[1] To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 20 days after service of the Petition upon Respondents. Once Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Further, the Court understands the Fifth Circuit's recent decision in *Buenrostro-Mendez v. Bondi*, --- F.4th ----, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026) to foreclose Petitioner's statutory claim regarding the application of 8 U.S.C. § 1225(b)(2). In view of this development, it is **ORDERED** that, by March 3, 2026, Petitioner shall file a Statement showing

---

[1] The Petition requests multiple forms of distinct relief. *See* Dkt. No. 1. If Petitioner seeks relief in the form of a temporary restraining order and/or preliminary injunction, he must file a separate and distinct motion for each form of relief he seeks and must do so in compliance with Rule 65 of the Federal Rules of Civil Procedure.

1

why *Buenrostro-Mendez* does not result in denial of his Petition. Should Petitioner fail to timely file a Statement, the Court will deny the Petition and dismiss this case.

Signed on this the 17th day of February, 2026.

                                                                    _____
                                                                    Rolando Olvera
                                                                    United States District Judge