United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YLFREDO RAFAEL VILLA-GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00115 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Before the Court is Respondents' "Advisory" informing the Court of Petitioner's release from custody. Dkt. No. 12 at 1. The Advisory correctly notes that shortly after this Court granted habeas relief to Petitioner based on the panel majority in *Sosnava Rodriguez v. Ortega*, the Fifth Circuit vacated the panel's opinion and ordered rehearing *en banc*. *See Sosnava Rodriguez v. Ortega*, 180 F.4th 702, (5th Cir. 2026), *vacated by Sosnava Rodriguez v. Ortega*, 181 F.4th 608 (5th Cir. 2026). Because this Court's July 8, 2026 Order relied on the now-vacated opinion, that Order (Dkt. No. 11) is hereby **VACATED**.

Respondents' Advisory, however, informs the Court of Petitioner's release from custody. Because mootness "is a jurisdictional matter" and can be raised "sua sponte," *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987), the Court concludes that Petitioner's release from custody moots his Petition.

For the Court to retain subject matter jurisdiction over this case, a petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

Because the Petition challenges civil immigration detention and seeks release from Respondents' custody, *see* Dkt. No. 1 at 7, Petitioner's subsequent release leaves the Court unable to grant any effectual relief.

For these reasons, the Petition (Dkt. No. 1) is hereby **DISMISSED sua sponte** as moot. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 29, 2026

Rolando Olvera
United States District Judge